IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bowman, Cynthian L

Printed: 10/9/07

Case Number: 06 B 08670
Judge: Wedoff, Eugene R

Filed: 7/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 23, 2007
Confirmed: October 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,700.00 |  |
| Secured: |  | 9,084.41 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 615.59 |
| Other Funds: |  | 0.00 |
| Totals: | 12,700.00 | 12,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 6,968.00 | 5,234.00 |
| 4. | New Century Mortgage | Secured | 19,719.41 | 2,522.48 |
| 5. | Saxon Mortgage Services Inc | Secured | 10,381.00 | 1,327.93 |
| 6. | CitiFinancial Auto Credit Inc | Unsecured | 632.81 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 293.58 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 2,269.06 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 339.43 | 0.00 |
| 10. | National Capital Management | Unsecured | 531.54 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 3,430.22 | 0.00 |
| 12. | Michigan Terrace II | Secured |  | No Claim Filed |
| 13. | Wells Fargo | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 47,565.05 | $ 12,084.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 561.59 |
| 5.4% | 54.00 |
|  | _____ |
|  | $ 615.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bowman, Cynthian L

Printed:  10/9/07

Case Number:  06 B 08670
Judge:  Wedoff, Eugene R
Filed:  7/20/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_